Dacho, Respondent, vs. Tarr and others, Appellants.

.For the appellants : *Alfred E. La France* of Racine.
For the respondent: *Walter E. Anderson,* attorney, and *Charles O. Bergener* of counsel, both of Racine.

*By the Court.*—Order affirmed.

Tubergen, Appellant, vs. Koenig, Respondent.

For the appellant: *Arnold C. Otto* of Milwaukee.
For the respondent: *Joseph F. Schoendorf* of Milwaukee.

*By the Court.*—Judgment affirmed.

*June 1, 1942.*

Torkelson, Appellant, vs. Torkelson and another, Respondents.

For the appellant: *E. C. Smith* of Tomahawk
For the respondents : *Carlyle B. Wurster* of Merrill.

*By the Court.*—Judgment affirmed.